[No. 39980-6-II.  Division Two.  March 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY F. BRYSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00299-4, F. Mark McCauley, J., entered November 9, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 40103-7-II.  Division Two.  March 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. A.M.K., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-8-00739-9, Kathryn J. Nelson, J., entered November 30, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 40132-1-II.  Division Two.  March 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALAN RHODES, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00360-5, F. Mark McCauley, J., entered December 14, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 40655-1-II.  Division Two.  March 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS J. MOWITCH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00095-2, Gordon Godfrey, J., entered April 26, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Van Deren, J.